THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

MARCUS LOCKHART                                                              PLAINTIFF

v.                              Case No. 3:19-cv-00018-KGB

K. BOWERS                                                                    DEFENDANT

## ORDER

Before the Court is the Recommended Disposition submitted by United States Magistrate Judge Beth Deere (Dkt. No. 3). In her Recommended Disposition, Judge Deere recommends that plaintiff Marcus Lockhart's complaint be dismissed without prejudice for failure to comply with a court order and for failure to prosecute this action. No objections have been filed, and the deadline for filing objections has since passed. After careful consideration, the Court finds no reason to alter or reject Judge Deere's recommendation.

Therefore, the Court adopts the Recommended Disposition in its entirety as this Court's findings of fact and conclusions of law (Dkt. No. 3). The Court dismisses Mr. Lockhart's complaint without prejudice.

It is so ordered this 27th day of January, 2020.

_____
Kristine G. Baker
United States District Judge