THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

MARCUS LOCKHART                                                              PLAINTIFF

v.                          Case No. 3:19-cv-00018-KGB

K. BOWERS                                                                    DEFENDANT

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is considered, ordered, and adjudged that plaintiff Marcus Lockhart's complaint is dismissed without prejudice. The relief requested is denied.

It is so adjudged this 27th day of January, 2020.

Kristine G. Baker
United States District Judge